To whom it may concern,

My name is Ashley Elkins, wife of Matt Elkins. Matt and I have been together for 20 years, married for 19. We have called Louisville our home for 13 years. We have three beautiful and smart children: our boy/girl twins who are 12, and a little 8 year old. We are a loving, Christian family.

I am writing on behalf of our children. I am writing from a mother's heart, not a wife's. Watching my children and the bond that has grown with their dad over the last two and a half years is worth you knowing about. For years, Matt was never home. He worked constantly. Our children would go days without seeing him sometimes due to his schedule. They would be asleep when he got home & he would leave before they woke up. I was the only present parent for a very long time. He had strayed so far from God and his family. Matt was overly consumed with himself, work, and money. This eventually led him down a very dark path. It led to him making choices that cost him so many things in life. Our children saw what was happening but they weren't aware of what exactly it was. All they knew was something wasn't right. Something was very wrong. They saw my tears. They saw & heard things no child should ever see or hear. Their dad wasn't their dad anymore. He was unrecognizable. His choices were about to cost him his family, and ultimately his life. But God had another plan. He took his actions and made them fully known. As awful as that unforgettable night was, I will always be grateful for it. That night saved his life. That night saved his family.

Throughout these past couple of years, Matt has become a new person. He is a better husband and father than he ever was before. Our children have formed the sweetest bonds with him. They are older now so the bonds look different than before, but it has been my favorite thing to watch. Our twelve-year-old daughter probably had the least relationship with her dad before. She's a full mama's girl. But during this time, she has grown a special love for her daddy. I

**Letter of Support - Ashley Elkins - page 1**

will look over sometimes and she is holding his hand. She makes him do these funny TikTok dances and just laughs so hard at him because he is terrible at them. I love watching them together in this new relationship they have formed. Our son is now Matt's shadow. He follows his dad everywhere and helps him do the yard work and things around the house. I love watching them together. He looks up to his dad so much and I am so happy that the relationship that my son always wanted, he now has. Then there's our little spunky eight-year-old girl. She has always had a soft spot for her daddy. She loves to cuddle with him. She loves picking on him too. Her little face just lights up when he is around and it is so sweet to see them together. They all truly love him so much. Watching them with him lately has been what has kept my faith so strong. If God can rebuild relationships like this, what can He not do. He turned something so broken into something so beautiful.

I completely acknowledge what my husband did. He made some unthinkable choices. Choices that shouldn't be excused. He was sick and very lost. He was thinking of Matt and Matt alone. That being said, I firmly do not believe that prison is the answer. He is not a harm to society & he has been taken away from the situation that gave him access. He has suffered tremendous consequences already. He lost his dream career that he wanted since middle school. His name was smeared on the news and his reputation was ruined. He embarrassed us. His life will forever be changed. He will have to find a new career. He will also have to find people willing to hire him with his legal issues. He will have to rebuild trust in an employer. He has completely ruined our family financially. We have spent everything we have on legal fees and there are more legal fees to come. We have zero income. We are on Medicaid. We go to a food bank for free food every other week. Our lives were turned upside down. Our lives have also been in limbo for over two years as well. Prison after all this time is not the answer. Taking him from his children is not the answer. Taking our sole provider away is not the answer. Myself and his children are the only ones prison punishes. I don't want this letter to

**Letter of Support - Ashley Elkins - page 2**

be about me, but I am a stay at home mom. I have to homeschool one child for a reading disability, and I am positive I will be homeschooling the other two if their dad is taken away. I am limited on how I can make an income to support them. I will be the sole parent. I can't leave them home alone to go to work. I also have to be with them because I am their constant. This will be life altering for them and they will need me more than ever. His actions have affected me and our children in ways that are unacceptable. He has hurt us in ways no one can imagine. He has let us down & disappointed us. He has left us in financial ruins. We need him home for more than just financial reasons, but this is a very important factor. I am truly scared for how I will support my children without him.

The main reason we need him home are these questions I ask myself every second of every day. Did I just watch him watch his older daughter dance for the last time. Did I watch him coach his son's baseball game for the last time. Did I watch him coach his little girl's softball tournament for the last time. Am I watching him hug & kiss his children for the last time at these ages. Is this the last holiday, activity, event, special moment that we have together for a very long time. Our children are growing up so fast. They won't be little for much longer. Two of them will be teenagers next year. Will the rest of their childhood be without a father. Will I be the only one in the stands & in the auditorium cheering for them. Will their dad miss every milestone. How many years will they be without him. What all is going to happen while he is gone.  A mother should never have to worry about this for her children. I should never have to think about him telling them goodbye. I should never have to think about the tears and heartbreak I will have to witness. My heart is completely broken at the thought of him not being here. I am broken to think of them having to know that their dad is in prison and they won't see him for years. Our children need a mother and a father. They need to be able to look in the dugout or into the crowd and see their dad smiling and cheering them on. They also need to know that, yes there are consequences for your actions, but there's also redemption. There's

**Letter of Support - Ashley Elkins - page 3**

forgiveness. They need to know that you can have grace and mercy for others. Over everything, they need to know their dad loves them and that he will always be here with them. They need their daddy. And they need their mommy to have her husband.

Matt is a great person who loves others. He never has an enemy. He never raises his voice. He is kind to everyone. He would never hurt a fly. His actions only hurt himself and his family. He fully recognizes and acknowledges what he did and takes full ownership of his addiction and the harm it has caused. He has been punishing himself for over two years now. He has taken ahold of his addiction & has been in full recovery this entire time and will continue to put the work in to stay in recovery for his entire life. Addiction never goes away. He understands the importance of staying in the program and working on himself daily. He has changed his life. He isn't perfect, but he has worked so hard on himself this entire time and deserves to be able to continue that. He is not the same person he once was. He is a Godly man, a husband, and most importantly a father. Prison won't change any of that, but it will change our lives forever. He doesn't deserve a sentence that will destroy him. Our children don't deserve to lose their father. I don't deserve to lose my husband.

I am asking as a wife, but mainly as a mother, for grace and mercy for our family. I need my husband and my children need their daddy. We need our family to stay together.

Sincerely,
Ashley Elkins

**Letter of Support - Ashley Elkins - page 4**