FILED
JAMES J. VILT, JR. - CLERK

JUL 2 0 2026

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                                          CASE NO. 3:25-CR-95-DJH

MATTHEW RYAN ELKINS                                               DEFENDANT

## AGREED ORDER OF RESTITUTION

Defendant Matthew Ryan Elkins having pled guilty, the parties having agreed to the restitution amount and this Court being sufficiently advised;

IT IS HEREBY ORDERED as follows:

1.    The defendant is sentenced to pay, as restitution, $1.085.87.

2.    Restitution is due immediately, and not withstanding any other provision of this Restitution Order, the United States may enforce restitution at any time.   The defendant shall make a bona fide effort to pay restitution in full as soon as practical.

3.    If incarcerated, the defendant shall participate in the Bureau of Prisons' Inmate Financial Responsibility Program at a rate of at least $25 per quarter, or if assigned as a UNICOR grade 1 through 4 employee, at least 50% of the prisoner's monthly pay.

4.    The Court having determined that the defendant does not have the ability to pay interest, interest SHALL NOT ACCRUE and is waived pursuant to 18 U.S.C. § 3612(f)((3)(A).

5.    The victims' names, addresses,[1] and total losses are as follows:

| VICTIM | ADDRESS | AMOUNT OF LOSS |
|---|---|---|
| C.S. | To be provided by USAO. | $85.00 |
| R.W. | To be provided by USAO. | $85.00 |
| T.R. | To be provided by USAO. | $85.00 |
| R.C. | To be provided by USAO. | $85.00 |
| T.B. | To be provided by USAO. | $745.87 |
| Total Amount | | $1,085.87 |

6.    No delinquent or default penalties will be imposed except upon Order of the Court.

7.    The amount of restitution paid to any victim shall not exceed the victim's total loss from the offense of conviction.

8.    All payments shall be made to the United States District Court Clerk, 601 West Broadway, 1st Floor, Louisville, KY 40202.

9.    As long as the defendant owes restitution, the defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 717 West Broadway, Louisville, KY 40202 of:  (a) Any change of name, residence, or mailing address; and/or (b) Any material change in economic circumstances that affects the ability to pay restitution.

10.    This Restitution Order is pursuant to 18 U.S.C. § 3664 and shall be incorporated into the Judgment as if set out verbatim therein.

---

[1] If any victim is an individual, the United States shall provide that individual's address to the Clerk of the Court.

Having Seen and Agreed:

KYLE M. BUMGARNER
United States Attorney

_____    Dated: 7/20/26 _____
Erin M. McKenzie
Assistant United States Attorney

_____    Dated:  7-20-26 _____
Counsel for Defendant, Matthew Ryan Elkins

_____    Dated:  7-20-26 _____
Matthew Ryan Elkins, Defendant

**David J. Hale, Chief Judge**
**United States District Court**

July 21, 2026

cc:    United States District Court Clerk, Finance
       United States Probation Office

3